# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One (1) Apple cellular phone<br>Model iPhone 6s, A1688<br>IMEI 355763074508817 | ) ) ) Case No.<br>) ) 18MJ1582<br>) ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Southern     District of     California
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     4/20/18     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     the Honorable William V. Gallo     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     4/6/18 0835             _____
                                                                *Judge's signature*

City and state:     San Diego, CA         The Hon. William V. Gallo, U.S. Magistrate Judge
                                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## **ATTACHMENT B**
ITEMS TO BE SEIZED

Authorization to search the **Target Telephone** described in Attachment A includes the search of disks, memory cards, deleted data, remnant data, slack space, and temporary or permanent files contained on or in the **Target Telephone** for evidence described below. The seizure and search of the **Target Telephone** will be conducted in accordance with the affidavit submitted in support of the warrant.

The evidence to be seized from the **Target Telephone** will be electronic records, communications, and data such as emails, text messages, photographs, audio files, videos, and location data, for the period of February 14, 2017 to January 14, 2018:

a. tending to identify attempts to smuggle unlawful aliens from Mexico into the United States and to transport those aliens to their destination in the United States;

b. tending to identify accounts, facilities, storage devices, and/or services—such as email addresses, IP addresses, and phone numbers—used to facilitate the smuggling of unlawful aliens from Mexico into the United States and the transportation of those aliens to their destination in the United States;

c. tending to identify co-conspirators, criminal associates, or others involved in the smuggling of unlawful aliens from Mexico into the United States and the transportation of those aliens to their destination in the United States;

d. tending to identify travel to or presence at locations involved in the smuggling of unlawful aliens from Mexico into the United States and the transportation of those aliens to their destination such as stash houses, load houses, or delivery points in the United States;

e. tending to identify the user of, or persons with control over or access to, the subject telephone; and/or

f.  tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above;

**which are evidence of violations of Title 8, United States Code, Sections 1324(a)(2)(B)(ii) (bringing aliens for financial gain) and 1324(a)(2)(B)(iii) (bringing in aliens without presentation).**